**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cr-20366-PCH/TORRES**

**UNITED STATES OF AMERICA**,

v.

**VICTOR JAWARKIS HEREDIA,**

   *Defendant*.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation ("R&R") on Change of Plea [ECF No. 38], which was entered on January 17, 2024. In the R&R, Chief Magistrate Judge Torres found that the Defendant Victor Jawarkis Heredia freely and voluntarily entered a plea of guilty as to Count I of the indictment, charging him with conspiracy to possess with intent to distribute cocaine on board a vessel subject to U.S. jurisdiction, and Count II of the indictment, charging him with possession with intent to distribute cocaine on board a vessel subject to U.S. jurisdiction, all in violation of Title 46, United States Code, 70506.

Chief Magistrate Judge Torres recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Counts I and II of the indictment, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Chief Magistrate Judge Torres' R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Chief Magistrate Judge Torres' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I and II of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, April 1, 2024 at 9:00 AM**.

**DONE AND ORDERED** in Miami, Florida on January 23, 2024.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Edwin G. Torres
Counsel of record